**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**VIRGINIA PARKER**                                                                 **PLAINTIFF**

**V.**                              **CASE NO.: 5:14CV00391 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

<u>**JUDGMENT**</u>

In accordance with the Order entered this day, judgment is hereby entered in favor

of Plaintiff Virginia Parker and against the Defendant, Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration.

DATED this 15th day of June, 2015.


_____
UNITED STATES MAGISTRATE JUDGE